# Exhibit B

P.O. BOX 5914
TROY MI 48007-5914
RETURN SERVICE REQUESTED



↑ **PLEASE DO NOT SEND PAYMENTS OR** ↑
**CORRESPONDENCE TO THE ABOVE ADDRESS**



# BAY AREA CREDIT SERVICE

**P.O. BOX 467600,**
**ATLANTA GA 31146**
**800-895-3116**
Phone Hours: Mon. – Fri.: 8AM – 12AM ET
Saturday: 8AM – 7PM ET
Office Hours: Mon. – Fri.: 8AM – 5PM ET

| | |
|---|---|
| BACS Account #: | SEE SUMMARY |
| Creditor: | SEE SUMMARY |
| Creditor Account #: | SEE SUMMARY |
| Date of Service: | SEE SUMMARY |
| Principal Assigned: | SEE SUMMARY |
| **TOTAL DUE:** | **$ 5,700.00** |



P94AOD00305172 -560777691 I10344
DANIEL FIDDICK JR
209 WINDING RD
FRIENDSWOOD TX 77546-2110

OCTOBER 26, 2018

## SETTLEMENT OFFER

The accounts in the summary have been assigned to Bay Area Credit Service (BACS) for collection. The total balance on all accounts listed in the summary is $5,700.00. In an effort to resolve this matter, our client has authorized our office to accept a payment in the amount of $3,990.00 as full and final settlement for the listed accounts.

If you wish to pay the total due, or take advantage of this offer, remit your check, money order, or cashier's check to Bay Area Credit Service, P.O. BOX 467600, ATLANTA GA 31146, pay online at bayareacredit.com/pay or contact our office to make a payment by phone at 800-895-3116.

This offer is valid until December 13, 2018.

This offer does not diminish nor reduce your rights to dispute this matter in accordance with Federal Law. This offer period provides sufficient time for any dispute to be investigated and verification to be provided prior to expiration of the offer period. We are not obligated to renew this offer.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

Sincerely,

HOVG, LLC dba Bay Area Credit Service (BACS), 4145 Shackleford Road, Suite 330B, Norcross, GA 30093

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR AND ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE.**

**SEE REVERSE SIDE FOR IMPORTANT CONSUMER INFORMATION.**

---

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR REMITTANCE.

### PAYMENT REMITTANCE

If you wish to make a payment on the web go to: www.bayareacredit.com/pay.
You may mail your payment for processing to BAY AREA CREDIT SERVICE, P.O. BOX 467600, ATLANTA GA 31146.
If you have any questions or would like to pay by phone, call 800-895-3116.

NAME: DANIEL FIDDICK JR
Reference # 52069310
Creditor: SEE SUMMARY
Creditor Account #: SEE SUMMARY
**TOTAL DUE: $ 5,700.00**

PLEASE SEND ALL PAYMENTS AND
CORRESPONDENCE TO THE ADDRESS BELOW:

BAY AREA CREDIT SERVICE
P.O. BOX 467600
ATLANTA GA 31146

**AMOUNT ENCLOSED  $ _____**

S-SFHOVS30  L-COMBO-P4/CMB70-P4 A-00119722848  P94AOD00305172 I10344          075490101F0400

## CONSUMER RIGHTS

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of the judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor.

## DERECHOS DEL CONSUMIDOR

A menos que usted le notifique a esta oficina dentro de 30 días después de que recibió este aviso que usted reclama la validez de la deuda o cualquier parte de la misma, esta oficina dará por hecho que la deuda es válida. Si usted le notifica a esta oficina por escrito en 30 días de recibir este aviso que usted reclama la validez de la presente deuda o cualquier parte de la misma, la oficina obtendrá verificación de la deuda u obtendrá una copia del dictamen y le remitirá una copia de dicho dictamen o verificación.  Si usted le solicita a esta oficina por escrito dentro de 30 días de recibir este aviso, esta oficina le proveerá el nombre y domicilio del acreedor original si es diferente al acreedor actual.

---

### ADDRESS OR NAME CORRECTION

WORK PHONE NO. _____   HOME PHONE NO. _____

NAME _____

ADDRESS _____

CITY _____   STATE _____   ZIP _____

## SUMMARY

| CREDITOR | CREDITOR ACCT/BACS ACCT | DATE OF SERVICE | PRINCIPAL AMOUNT |
|---|---|---|---|
| COMPASS POINT EMERGENCY P | 00119722848/52069310 | 06-11-18 | 1,377.00 |
| COMPASS POINT EMERGENCY P | 00119722848/52069036 | 06-11-18 | 71.00 |
| COMPASS POINT EMERGENCY P | 00119687979/52040644 | 06-04-18 | 71.00 |
| COMPASS POINT EMERGENCY P | 00119687979/52040454 | 06-04-18 | 2,055.00 |
| CARVER PARK EMERGENCY PHY | 009676514132/51598197 | 01-20-18 | 71.00 |
| CARVER PARK EMERGENCY PHY | 009676514132/51597967 | 01-20-18 | 2,055.00 |
| TOTAL DUE | | | 5,700.00 |



P.O. BOX 5914
TROY MI 48007-5914
RETURN SERVICE REQUESTED



↑ **PLEASE DO NOT SEND PAYMENTS OR** ↑
**CORRESPONDENCE TO THE ABOVE ADDRESS**



**BAY AREA CREDIT SERVICE**

P.O. BOX 467600,
ATLANTA GA 31146
800-895-3116
Phone Hours: Mon. – Fri.: 8AM – 12AM ET
Saturday: 8AM – 7PM ET
Office Hours: Mon. – Fri.: 8AM – 5PM ET

| | |
|---|---|
| BACS Account #: | SEE SUMMARY |
| Creditor: | SEE SUMMARY |
| Creditor Account #: | SEE SUMMARY |
| Date of Service: | SEE SUMMARY |
| Principal Assigned: | SEE SUMMARY |
| **TOTAL DUE:** | **$ 5,700.00** |



P94AOD00305171 -560777690 I10342
DANIEL FIDDICK JR
209 WINDING RD
FRIENDSWOOD TX 77546-2110

OCTOBER 26, 2018

### SETTLEMENT OFFER

The accounts in the summary have been assigned to Bay Area Credit Service (BACS) for collection. The total balance on all accounts listed in the summary is $5,700.00. In an effort to resolve this matter, our client has authorized our office to accept a payment in the amount of $3,990.00 as full and final settlement for the listed accounts.

If you wish to pay the total due, or take advantage of this offer, remit your check, money order, or cashier's check to Bay Area Credit Service, P.O. BOX 467600, ATLANTA GA 31146, pay online at bayareacredit.com/pay or contact our office to make a payment by phone at 800-895-3116.

This offer is valid until December 13, 2018.

This offer does not diminish nor reduce your rights to dispute this matter in accordance with Federal Law. This offer period provides sufficient time for any dispute to be investigated and verification to be provided prior to expiration of the offer period. We are not obligated to renew this offer.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

Sincerely,

HOVG, LLC dba Bay Area Credit Service (BACS), 4145 Shackleford Road, Suite 330B, Norcross, GA 30093

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR AND ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE.**

**SEE REVERSE SIDE FOR IMPORTANT CONSUMER INFORMATION.**

---

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR REMITTANCE.

### PAYMENT REMITTANCE

If you wish to make a payment on the web go to:  www.bayareacredit.com/pay .
You may mail your payment for processing to BAY AREA CREDIT SERVICE, P.O. BOX 467600, ATLANTA GA 31146.
If you have any questions or would like to pay by phone, call 800-895-3116.

NAME: DANIEL FIDDICK JR
Reference # 52040644
Creditor: SEE SUMMARY
Creditor Account #: SEE SUMMARY
**TOTAL DUE: $ 5,700.00**

PLEASE SEND ALL PAYMENTS AND
CORRESPONDENCE TO THE ADDRESS BELOW:

BAY AREA CREDIT SERVICE
P.O. BOX 467600
ATLANTA GA 31146

**AMOUNT ENCLOSED   $**_____

## CONSUMER RIGHTS

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of the judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor.

## DERECHOS DEL CONSUMIDOR

A menos que usted le notifique a esta oficina dentro de 30 días después de que recibió este aviso que usted reclama la validez de la deuda o cualquier parte de la misma, esta oficina dará por hecho que la deuda es válida. Si usted le notifica a esta oficina por escrito en 30 días de recibir este aviso que usted reclama la validez de la presente deuda o cualquier parte de la misma, la oficina obtendrá verificación de la deuda u obtendrá una copia del dictamen y le remitirá una copia de dicho dictamen o verificación. Si usted le solicita a esta oficina por escrito dentro de 30 días de recibir este aviso, esta oficina le proveerá el nombre y domicilio del acreedor original si es diferente al acreedor actual.

---

| ADDRESS OR NAME CORRECTION | | |
|---|---|---|
| WORK PHONE NO. _____ | HOME PHONE NO. _____ | |
| NAME _____ | | |
| ADDRESS _____ | | |
| CITY _____ | STATE _____ | ZIP _____ |

## SUMMARY

| CREDITOR | CREDITOR ACCT/BACS ACCT | DATE OF SERVICE | PRINCIPAL AMOUNT |
|---|---|---|---|
| COMPASS POINT EMERGENCY P | 00119722848/52069310 | 06-11-18 | 1,377.00 |
| COMPASS POINT EMERGENCY P | 00119722848/52069036 | 06-11-18 | 71.00 |
| COMPASS POINT EMERGENCY P | 00119687979/52040644 | 06-04-18 | 71.00 |
| COMPASS POINT EMERGENCY P | 00119687979/52040454 | 06-04-18 | 2,055.00 |
| CARVER PARK EMERGENCY PHY | 009676514132/51598197 | 01-20-18 | 71.00 |
| CARVER PARK EMERGENCY PHY | 009676514132/51597967 | 01-20-18 | 2,055.00 |
| TOTAL DUE | | | 5,700.00 |



Page 2